**UNITED STATES DISTRICT COURT**

**District of Minnesota**

Maria Magdalena Guaman Pinguil

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-00734-SHL-SGE

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

In light of the information provided in 13 Petition's Status Update confirming the return of Petitioner's missing property and that Petitioner does not request compensation or other civil damages, the 7 Emergency Motion for Contempt is DENIED AS MOOT.

Date: 3/13/2026

KATE M. FOGARTY, CLERK